# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lamar Lowe, | No. CV 11-139-TUC-RCC (CRP) |
| Petitioner, | **ORDER** |
| vs. | |
| Conrad M. Graber, | |
| Respondent. | |

On July 24, 2012, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. (Doc.11). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person in State or Federal Custody made pursuant to 28 U.S.C. § 2241. (Doc. 1).

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Pyle. Therefore,

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Pyle's Report and Recommendation. (Doc. 11).

///

///

///

1   **IT IS FURTHER ORDERED** that the Petitioner's Petition is DENIED. The Clerk
2  of Court shall enter judgment accordingly and close this case.
3   DATED this 28th day of August, 2012.

Raner C. Collins
United States District Judge