IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lamar Lowe, | No. CV 11-139-TUC-RCC (CRP) |
| Petitioner, | **ORDER** |
| vs. | |
| Conrad M. Graber, | |
| Respondent. | |

On July 24, 2012, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. (Doc.11). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person in State or Federal Custody made pursuant to 28 U.S.C. § 2241. (Doc. 1).

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Pyle. Therefore,

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Pyle's Report and Recommendation. (Doc. 11).

///

///

///

1   **IT IS FURTHER ORDERED** that the Petitioner's Petition is DENIED. The Clerk of Court shall enter judgment accordingly and close this case.

DATED this 28th day of August, 2012.

Raner C. Collins
United States District Judge